UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

KARMEN RUSSELL                                CIVIL ACTION

VERSUS                                        NO:   6:17-cv-00076-CB-KWR

SOCIAL SECURITY ADMINISTRATION

### ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Commissioner's **Motion to Dismiss (R. Doc. 8)** is **GRANTED.**

**IT IS FURTHER ORDERED** that Karmen Russell's complaint is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 12th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE